

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
## _____ DIVISION

|  |  |
|---|---|
| *(Write the full name of the plaintiff in this action. Include prisoner registration number.)*<br>Dreke bin Bey #105705<br>v.<br>LT GAYDEN<br><br>CPT. FOWELKES<br><br><br><br>*(Write the full name of each defendant. The caption must include the names of **all** of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)* | Case No: _____<br>*(to be assigned by Clerk of District Court)*<br><br>Plaintiff Requests Trial by Jury<br>✓ Yes  ___ No |

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff should not send exhibits, affidavits, witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepayment of fees and costs.*

## I. The Parties to this Complaint

### A. The Plaintiff

Name: ~~[redacted]~~ Dreke bin Bey

Other names you have used: (committed name: Reginald Geron Brown)

Prisoner Registration Number: #105705

Current Institution: ST. LOUIS CITY JUSTICE CENTER

Indicate your prisoner status:

✓ Pretrial detainee          ___ Convicted and sentenced state prisoner

~~Civilly committed detainee~~   ___ Convicted and sentenced federal prisoner

___ Immigration detainee     ___ Other (explain): _____

### B. The Defendant(s)

To the best of your knowledge, give the information below for each defendant named in the caption of this complaint. Make sure the defendant(s) named below are the same as those listed in the caption of this complaint. Attach additional pages if necessary.

For an individual defendant, include the person's job title, and check whether you are suing the individual in his or her individual capacity, official capacity, or both.

**Defendant 1**

Name: GAYDEN

Job or Title: LIEUTENANT

Badge/Shield Number: _____

Employer: ST. LOUIS CITY JUSTICE CENTER

Address: 200 S TUCKER BLVD, 63102

✓ Individual Capacity         ✓ Official Capacity

2

**Defendant 2**

Name: FOWELKES

Job or Title: CAPTAIN

Badge/Shield Number: _____

Employer: ST. LOUIS CITY JUSTICE CENTER

Address: 200 S. TUCKER BLVD, 63102

 ✓ Individual Capacity     ✓ Official Capacity

## II. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

SEE ATTACHED

3

30 MAY 2024

## II  STATEMENTS OF CLAIM

DUE TO NOTE ATTACHED TO UNPROCESSED MAIL 29 MAY 2024 READS: ↑ DIV. POLICY "Reginald Brown" STATES YOU MUST USE CORRECT FULL LEGAL NAME WHEN SENDING OUT MAIL. (SIGNED) Acy
I FEAR THIS LEGAL ENVELOPE MAY NOT MAKE IT.

I HAVE ATTACHED ACURATE & DETAILED GRIEVANCES. I WON'T ATTEMPT TO ALTER MY ORIGINAL COMPLAINTS.
  SO I MAY ADD, I Dreke bin Bey FEAR FOR MY SAFETY AT ST.L CJC. MY LIFE IS IN DANGER. I AM BEING HARASSED, OPPRESSED SOCIALLY & RELIGIOUSLY. IN GENERAL POPULATION I CAN BARELY LOOK FORWARD TO ONE HOUR A DAY OUT OF CELL /ROTATION, A SHOWER, EXERCISE, THERAPUDIC RECREATION, RELIGIOUS SERVICE, PROGRAM TO HELP COPE WITH EXTREME ISOLATION.
  AFTER THE EVENTS OF 18 APRIL 2024 (ASSAULT WITH MILITARY GRADE CHEMICAL MUNITIONS) I WAS PLACED IN SOLITARY CONFINEMENT. A FILTHY CELL #1 POD 4B. I ASKED FOR CLEANING SUPPLIES I WAS GIVEN 2 BABY WIPES IN A CUP. THIS WAS VERY INADEQUATE. I WAS ALLOWED TO SHOWER BEFORE THEY LOCKED ME IN CELL TO WASH OFF THE PAP-NIACID CHEMICALS. I HAD MY ONE DIAL BAR SOAP.
  I HAD TO RIP DRYING TOWEL TO MAKE CLEANING RAGS. I HAD TO USE HYGIEN PRODUCTS TO CLEAN ROOM WALLS, BUNK, TOILET. I HAD TO USE U.S. DISTRICT COURT ENVELOPE TO SWEEP FLOOR.
  I HAD TO WASH CLOTHES IN TOILET BECAUSE THERE WAS NO LAUNDRY SERVICE UNTIL 30 APRIL 2024. A DISGUSTING NECESSITY I ASKED FOR WHITES WHICH I NEVER RECIEVED TO DATE.

- Soap was scarce so was toilet paper.
- Same sheet, blanket, jumpsuit, towels for 13 days
- I had to use sheet as a bug net to keep from getting bitten.
- The staff do not answer intercom button in room/cell
- I had to go to shower in shackles and cuffs, use phone in shackles & cuffs.
- Usually 72 hr lockdown. No books, no access to law library, no access to media, no stamps & envelopes,
- I was given 3 envelopes of my legal mail I have over 30 none of my law books they are aware I am a self litigant.
- After 28 days in solitary confinement no write up no appeal I was placed in SHU unit. To this day I am in cell 35 top tier I have told staff multiple times including but not limited to case manager Barnes, CPT Fowerkes I am epileptic my face sheet says bottom bunk bottom tier I have been up here since 15 May 2024.
- I even told staff I had a siezure and fell down a flight of steps before in 2018. They have thus far refused to move me even though I am a medical priority.
- 24 May 2024 I slipped down some steps and twisted ankle & bruised knee. I told staff on duty to alert medical no one has seen me to this day. I even put in medical request to no avail. I had to rip shirt & wrap ankle. 24 May 2024 around 7pm pod 4A
- I requested veggie tray special 3 months ago on paper & on tablet to no avail.
- Due to gross negligence, wicked conduct & harassment, abuse I fear for my safety. Every event I have listed I include time I emplore this court review cameras.

Following is a journal I kept in solitary confinement ingraved in styrophone lunch trey tops.

- 18 April 2024 – Shower, no out of cell rotation
- 19 Phone & rotation
- 20 No rotation
- 21 No rotation
- 22 Phone & shower, 30 min
- 23 No rotation
- 24 No rotation, no soap
- 25 Hearing, appeal, punished with longer isolation for appealing. Had family call oversight I suspect is why I was given hearing. Thanks Mr. May oversight board.
- 26 No rotation
- 27 No rotation
- 28 Phone & rotation – break up with lady friend due to stress, 30 min
- 29 8 am phone – due to family contacting oversight board
- 30 No rotation – laundry sheet, uniform towels

May
- 1 CPT Willburn tells me I won't get any property, religious material or legal documents/mail – Case manager visit, 3 pieces of incoming mail, ask to copy grievance 'c/m Adrian Barnes'. Says I'm on 30 day review
- 2 No rotation
- 3 Phone & shower – sprayed cell 19, 4 times behind door could not harm anyone. No medical care – orders to stop rotations for the day by Comm. Spears 3:30 pm, 30 min
- 4 No rotation – nobody on 2nd shift got rotation – top tier
- 5 Phone & shower, 30 min
- 6 No rotation
- 7 Phone & rotation, 30 min
- 8 Laundry – no rotation
- 9 No rotation – Arabic books delivered, not recieved until 29 May 2024
- 10 Rotation, 30 min
- 11 No rotation

12 NO ROTATION - NO FRESH WATER, COMING OUT WITH BLACK SEDIMENT 'SOME CELL FLOODED THEY TURNED OFF WATER.'

13 NO ROTATION FIGHT OUT OF SHOWER 9. INMATE WAS BEATEN FOR 20 MINUTES IN SHACKLES & CUFFS BY UNCUFFED INMATE BREAKING OUT OF GATED SHOWER.

14 PHONE & ROTATION, SHOWER - COUSIN HAS STROKE, 30 min

15 NO ROTATION - FINALLY MOVE TO 4A-CELL 35 TOP TIER. I HAD TO PAY CELLMATE FOR BOTTOM BUNK, I PLEADED WITH STAFF TO MOVE ME TO NO AVAIL TO THIS DAY. PLACED IN SHU UNIT CASE MANAGER NEVER MAKES ROUNDS. WILL COME TO GATE GIVE ANY RANDOM INMATE ON ROTATION OTHER INMATES MAIL TO PASS OUT 'CM BARNES'

29 MAY 2024 I WAS GIVEN NOTE ON UNPROCESSED MAIL LETTING ME KNOW THEY WERE GOING TO SUPPRESS MY CORESPONDENCES IN LAWFUL NAME. I HAVE NOT HAD ANY PROBLEMS SENDING OR RECEIVING MAIL IN MY LAWFUL NAME Dreke bin Bey #105705 WITH PREVIOUS CM.

PLEASE ~~CONSIDER~~ INCLUDE GRIEVANCES AS STATEMENTS OF COMPLAINT AS THEY ARE ALREADY DETAILED ALONG WITH THE FOREGOING. I AM NOT ELEQUENT I HOPE MY CONCERNS ARE LEGIBLE

ANY GOOD IN THIS COMPLAINT IS DUE TO ALLAH
ONLY THE MISTAKES ARE MINE, HUM DULLAH.

AS OF TODAY NOTHING HAS CHANGED AND WILL NOT OVER THE WEEKEND.

SENDING OUT IN MAIL TODAY
JUNE 4, NOTHING HAS CHANGED

Dreke bin Bey
2024.05.30

## III. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. SKIN RASH, BURNING FACE, GENITALS, SKIN, EYES, TEMPORY BLINDNESS, BREATHING COMPLICATIONS, FLAMING STOOL, HOT FLASHES, HUMILIATION, AGGRAVATED BY CIRCUMSTANCES OF VIOLENCE, OPPRESSION, MALICE & WICKED CONDUCT, NEGLECT, MENTAL ANGUISH, LACERATION OF FEELINGS, SHAME, DEGRADATION

4

Comp: Compensatory
Dec: Declatory
Inj: Injunctive
Pun: Punitive

## IV. Relief

Dec: THE ACTS & OMISSIONS DESCRIBED VIOLATE RIGHTS UNDER U.S. CONST. & LAWS OF U.S.

State briefly and precisely what you want the Court to do for you. Do not make legal arguments. Do not cite any cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to recover those damages.

Dec: ASSAULTING INDIVIDUALS WITH MILITARY GRADE CHEMICAL MUNITIONS CS ACID INDOORS WITH NO VENTILATION VIOLATES LAWS OF U.S. – INJ: REINSTATE BARBER JOB OR 1 YEAR PAY; ORDER DEFENDANTS TO STOP HARASSMENT AND RETALIATORY ACTS AGAINST PLAINTIFF PERMANATLY; TRANSFER #1105705 TO DIFFERENT HOUSING FACILITY/FEAR FOR SAFETY; PRODUCE VALID INMATE HANDBOOK, STAFF POLICY AND PROCEEDURE – COMP: $50,000 AGAINST EACH DEF. JOINTLY & SEVERALLY – PUN: LT GAYDEN PAY $25,000; CPT FOWELKES PAY $10,000

## V. Exhaustion of Administrative Remedies/Administrative Procedures

The Prison Litigation Reform Act ("PLRA") 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[✓] Yes   [ ] No

If yes, name the jail, prison or other correctional facility where you were confined at the time of the events giving rise to your claim(s):

ST. LOUIS CITY JUSTICE CENTER

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

[✓] Yes   [ ] No   [ ] Do not know

C. If yes, does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims?

[ ] Yes   [ ] No   [✓] Do not know

5

If yes, which claim(s)? NO VALID HANDBOOK — DENIED COPY OF POLICY 3 PROCEEDURE, VIOLATION OF FCIS

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes ☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes ☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

CASE MANAGER JONES, TROUPE, BARNES

2. What did you claim in your grievance? (*Attach a copy of your grievance, if available*) SEE ATTACHED

3. What was the result, if any? (*Attach a copy of any written response to your grievance, if available*)

NO RESULTS, NO RESPONSE   SEE ATTACHED

" APPEAL CAME UP MISSING 3 TIMES 1ST PUT IN DOOR SLOT 1ST SHIFT PICKED IT UP
2ND GIVEN TO CASE MANAGER TROUPE
3RD GIVEN TO CASE MANAGER BARNES"
ALL 3 DISAPPEARED!

6

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (*Describe all efforts to appeal to the highest level of the grievance process.*)

NO APPEAL AVALIABLE, I WROTE APPEAL NO RESPONSE.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. GRIEVANCE PROCEDURES ARE INCONSISTENT, UNRELIABLE

(*Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.*)   SEE ATTACHED

7

## VI.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

    A.    To the best of your knowledge, have you ever had a case dismissed on the basis of this "three strikes rule"?

          ☐ Yes        ☑ No

If yes, state which court dismissed your case and when it was dismissed. Attach a copy of the court's order, if possible.

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

          ☐ Yes        ☑ No

    B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.*)

    1.    Parties to the previous lawsuit

        Plaintiff _____

        Defendant(s) _____

    2.    Court (*if federal court, name the district; if state court, name the state and county*)

    3.    Docket or case number _____

    4.    Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending?

   _____ Yes

   _____ No (*If no, give the approximate date of disposition*): _____

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   __✓__ Yes          _____ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the previous lawsuit

   Plaintiff __bin Bey__

   Defendant(s) __Brock ET AL__

2. Court (*if federal court, name the district; if state court, name the state and county*)
   __EASTERN DISTRICT OF MISSOURI__

3. Docket or case number __42024-CV-00264 SRC__

4. Name of Judge assigned to your case __Stephen R. Clark__

5. Approximate date of filing lawsuit _____

9

6. Is the case still pending?

   ___✓___ Yes

   _____ No (*If no, give the approximate date of disposition*):_____

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

## VII. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  30  day of  MAY , 20 24 .

Signature of Plaintiff   *JSB*  , ALL RIGHTS RESERVED